# United States District Court

## CIVIL MINUTES - GENERAL

Time Commenced:    10:30am            Case #   3:20cv5358RV
Time Concluded:      12:38pm           Date:    April 13, 2020

---

DOCKET ENTRY**: TELEPHONIC HEARING** ON PLAINTIFFS' EMERGENCY MOTION FOR PRELIMINARY INJUNCTION (Doc #2).  After hearing argument, the Court orally denies the Emergency Motion.

===

PRESENT:  HONORABLE    **ROGER VINSON**  , SENIOR U.S. DISTRICT JUDGE

| Mary Maloy | Julie Wycoff | Tim Inacio |
|---|---|---|
| Deputy Clerk | Court Reporter | Law Clerk |

Style of Case:    **JOHN T. DEDERO, et al, Ptfs  v Walton County and Michael A. Adkinson, Jr., Defts**

Attorneys for Plaintiffs (Pltfs):   Edward Wenger, Joseph Brown, Dwayne Safriet
Attorneys for Defendant (Deft) WALTON COUNTY :   Eric Krebs, Sidney Noyes, William Warner
Attorneys for Defendant (Deft) MICHAEL ADKINSON, JR.:   Gwendolyn Adkins, William Pafford, Zackery Scharlepp

**PROCEEDINGS:**

| | |
|---|---|
| 10:30am | Telephonic Hearing begins |
| | Participating Attorneys identify themselves |
| | Court summarizes the four claims in the Emergency Motion for Preliminary Injunction (Doc #2) |
| 10:36am | Parties agree that the beaches in question are those that front the Gulf of Mexico |
| 10:40am | Pltfs (Atty Safriet) argues their Motion |
| 11:33am | Deft Walton County (Atty Warner) responds to Motion |
| 12:02pm | Deft Michael Adkinson, Jr. (Atty Adkins) responds to Motion |
| 12:17pm | Pltfs (Atty Safriet) rebuttal argument to Motion |
| 12:30pm | Deft Walton County (Atty Warner) responds to rebuttal argument |
| 12:32pm | Deft Michael Adkinson, Jr. (Atty Adkins) responds to rebuttal argument |
| 12:33pm | Court Denies Pltf's Motion for Preliminary Injunction |
| 12:38pm | Court adjourned |