UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOHN T. AND ESTHER N. DODERO; et al,

    Plaintiffs,

v.

CASE NO.: 3:20-cv-05358-RV-HTC

WALTON COUNTY, A POLITICAL
SUBDIVISION OF THE STATE OF FLORIDA,

    Defendant.

---

## WALTON COUNTY'S MOTION FOR SUMMARY JUDGMENT

Defendant, Walton County ("County"), pursuant to Rule 56, Fed. R. Civ. P., and Rule 56.1 N.D. Loc. Rules, hereby files its Motion for Summary Judgment as to all counts asserted in Plaintiffs' Second Amended Complaint (ECF 41)[1]. Summary Judgment in favor of the County is warranted for the reasons set forth in the County's Response in Opposition to Plaintiffs' Motion for Summary Judgment and supporting documents (ECF 52 and 53), which are hereby incorporated by reference as if set forth verbatim herein.

---

[1] The County's Motion to Dismiss Second Amended Complaint (ECF 44) is currently pending before this Court. By filing this Motion for Summary Judgment, the County does not waive its position on its motion to dismiss.

WHEREFORE, the County requests that this Court enter summary judgment in favor of the County and against Plaintiffs.

WARNER LAW FIRM, P. A.
*/s/ William G. Warner*
WILLIAM G. WARNER
Florida Bar No. 0346829
TIMOTHY M. WARNER
Florida Bar No. 0642363
ERIC A. KREBS
Florida Bar No. 64921
Post Office Box 1820
Panama City, FL  32402
Phone No. (850) 784-7772
pleadings@warnerlaw.us
*Counsel for Walton County*

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULES

The undersigned certifies that this motion complies with the size, font, and formatting requirements of Local Rule 5.1(C), as well as the word limit set forth in Local Rule 7.1(F).  This response contains 143 words, excluding the case style, signature block, and certificates.

*/s/ William G. Warner*
WILLIAM G. WARNER
Florida Bar No. 0346829

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was filed this 12th day of October, 2020 via CM/ECF, which will send notice to all Counsel of record.

*/s/ William G. Warner*
WILLIAM G. WARNER
Florida Bar No. 0346829